# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF TEXAS
# MARSHALL DIVISION

| | | |
|---|---|---|
| UNILOC USA, INC., UNILOC LUXEMBOURG, S.A., and UNILOC 2017 LLC, | § § § § | |
| v. | § § | Case No. 2:18-CV-00075-JRG-RSP |
| HUAWEI DEVICE USA, INC. and HUAWEI DEVICE CO., LTD. | § § § § | |

## ORDER

Before the Court is Defendants' unopposed motion (Dkt. No. 69) to withdraw their motion to compel (Dkt. No. 56). The motion is **GRANTED**.

**SIGNED this 10th day of May, 2019.**

_____
ROY S. PAYNE
UNITED STATES MAGISTRATE JUDGE